Slip Op. 01-26

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
| --- | --- | --- |
| HAGGAR APPAREL COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Before: MUSGRAVE, JUDGE** |
| | : | |
| THE UNITED STATES, | : | Court No. 93-06-00343 |
| | : | |
| Defendant. | : | |

## JUDGMENT

In *Haggar Apparel Co. v. United States*, 20 CIT 842, 938 F. Supp. 868 (1996) (DiCarlo, C.J.), the court entered judgment for the plaintiff, holding that it was entitled to a duty allowance on the subject merchandise under TSUS 807.00 and HTSUS 9802.00.80. *See* 20 CIT at 851, 938 F. Supp. at 875. That decision was affirmed by the Court of Appeals for the Federal Circuit. *See Haggar Apparel Co. v. United States*, 127 F.3d 1460, 1462 (Fed. Cir. 1997). Subsequently the Supreme Court vacated and remanded the Federal Circuit's decision. *See United States v. Haggar Apparel Co.*, 526 U.S. 380, 395 (2000). On remand, the Federal Circuit held that

> Customs' determination that the pants at issue do not qualify for the partial exception
> from duty allowed by HTSUS 9802.00.80 (and, in prior years, TSUS 807.00) must
> be sustained. The Court of International Trade's judgment to the contrary is
> accordingly reversed, and the case is remanded with instructions to enter judgment
> in favor of the United States.

*Haggar Apparel Co. v. United States*, 222 F.3d 1337, 1343-44 (Fed. Cir. 2000). Accordingly, it is

hereby

**ORDERED** that the court's prior entry of judgment in favor of Haggar Apparel Company is withdrawn, and it is further

**ORDERED** that the United States Customs Service's determination that the apparel at issue does not qualify for the partial exception from duty allowed by TSUS 807.00 and HTSUS 9802.00.80 is sustained.

_____
R. KENTON MUSGRAVE, JUDGE


Date:   March 5, 2001
        New York, New York